MOCK v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Emma Mock, as administratrix, against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

MOISA, Appellant, v. YOUNG, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by John Moisa against Ansel V. Young, as overseer of the poor of the town of Southhold, Suffolk county, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

In re MOORE et al. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) In the matter of the judicial settlement of the account of Eliza Beatty Moore and Charles H. Godwin, as executors, etc., of Claudius F. Beatty, deceased. No opinion. Decree (69 Misc. Rep. 535, 127 N. Y. Supp. 884), of the Surrogate's Court of Kings county, in so far as appealed from, affirmed, with costs.

MORAN, Respondent, v. O'ROURKE ENGINEERING & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Patrick Moran against the O'Rourke Engineering & Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

MORRISON et al., Appellants, v. BURCHELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Marguerite Belle Morrison and another against Richard W. Burchell and others. No opinion. Order affirmed, with $10 costs and disbursements, with permission to the appellants to apply within 20 days after entry of order herein to Special Term for leave to serve an amended complaint.

MULDOWNEY et al., Respondents, v. AMERICAN HIDE & LEATHER CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Peter H. Muldowney and another against the American Hide & Leather Company. No opinion. Judgment and order unanimously affirmed, with costs.

MURRAY, Respondent, v. RICHARDSON, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by George W. Murray against William P. Richardson, as administrator, etc., of David C. Richardson, deceased.

PER CURIAM. Judgment modified, by deducting from the amount found due to plaintiff the sums of $604 paid for purchase of stock from S. F. Mangum, and $100 for purchase of horses from J. B. Burt, with interest on each of those sums from January 1, 1907; and, as so modified, the judgment is affirmed, without costs.

MYERS, Respondent, v. BRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Frank L. Myers against Hattie Burge Brick. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 121 N. Y. Supp. 1140.

NAPEAR, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Eva Napear against the Interborough Rapid Transit Company. No opinion. Order setting aside verdict and granting a new trial affirmed, with costs.

NEWCOMB, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Louise P. Newcomb against Gertrude M. Jones and others. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 129 N. Y. Supp. 1137.

NEW YORK ASS'N FOR PROTECTION OF GAME v. CONRON BROS. CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by the New York Association for the Protection of Game against Conron Bros. Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1137.

NEW YORK CONSOL. CARD CO. v. WARREN. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by the New York Consolidated Card Company against William W. J. Warren.

PER CURIAM. The application for leave to appeal having been once considered and denied, the motion for adjournment is denied, and the motion for reargument is denied. See, also, 130 N. Y. Supp. 1127.

NEW YORK & BROOKLYN BREWING CO., Appellant, v. ANGELO, Respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by the New York & Brooklyn Brewing Company against Peter Angelo. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 129 N. Y. Supp. 713.

NOOT v. NOOT. (Supreme Court, Appellate Division, First Department. March, 1911.) Action by Louis C. Noot against Midge F. Noot. No opinion. See memorandum per curiam. See, also, 128 N. Y. Supp. 1136.

NORMAN v. BOARD OF EDUCATION OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Engrey F. Norman against the Board of Education of the City of New York. No opinion. Motion granted. Settle order on notice. See, also, 127 N. Y. Supp. 1134.